


**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

August 21, 2018

To:   All Counsel of Record

    Re:   Former Case No. ___2:18−cv−782−JAM−AC___
in the United States District Court for the___USDC California Eastern District (Sacramento)___

    Assigned Case No. ___2:18−cv−06994−AB−FFM___ MDL No. ___2:18−ml−2814___
in the United States District Court, Central District of California

Dear Sir/Madam:

    The above-referenced case has been transferred to this district. The initials after the number indicate the case has been assigned to Judge ___Andre Birotte Jr___ by the Judicial Panel on Multidistrict Litigation. All future correspondence, pleadings, and other documents must bear both the MDL case number and the number assigned to the case in this district. Documents are forwarded to the judge by the initials in the case number, so it is important that the correct case number and judge's initials appear on the documents. Please address all future communications concerning this action to the Courtroom Deputy for the assigned judge.

    Unless otherwise ordered by the Court, all documents must be filed electronically. MDL documents must list the MDL case first in the caption, and then list the titles and case numbers of each individual case to which the document relates. If the document relates to ALL actions, only the MDL case title and number need appear in the caption, followed by the statement, "THIS DOCUMENT RELATES TO ALL ACTIONS."

    Please review this Court's local rules, which may differ from those of other United States Courts in which you practice. Although Pro Hac Vice admittance is not required in MDL actions, counsel are expected to comply with the Federal and Local Rules.

    The Local Rules and various court forms can be downloaded from this Court's website at **www.cacd.uscourts.gov**.

Sincerely,

Clerk, U.S. District Court

By:  /s/ *Geneva Hunt*
Deputy Clerk

CV−119 (05/18)    LETTER TO COUNSEL RE: MDL TRANSFER−IN